

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       In the Interest of R.A.J., C.A.J., and G.G.J.

Appellate case number:    01-18-00051-CV

Trial court case number:  D-1-FM-15-005030

Trial court:                      53rd District Court of Travis County

This case was transferred to the First Court of Appeals from the Third Court of Appeals located in Austin, Texas. The trial court sealed the records in this cause and the records may only be viewed by the parties or their attorney. The clerk's record and reporter's records that contain testimony and copies of paper exhibits have been made available for checkout to the parties and or their attorneys on a short-term basis.

For the convenience of the parties and their attorneys, all of whom reside in the Austin, Texas area, the Clerk of this Court is directed to send the records to the Clerk of Court for the Third Court of Appeals, located at the Price Daniel Sr. Building, 209 West 14th Street Room 101, Austin, Texas.

The parties and their attorneys are authorized to access the sealed audio and video exhibits by making arrangements with the Clerk's Office of the Third Court of Appeals. The parties and or their attorneys may make notes as necessary to conduct relevant research and to prepare and present any issues in this appeal. Further, when the mandate for this proceeding is issued, whether it is issued by this Court or the Texas Supreme Court, the parties are directed to request that the Clerk of the Court of the Third Court of Appeals return the records to this court.

In the event the parties refer to information from this sealed record in their briefs, they are directed to file a redacted brief redacting information contained in the sealed records and an unredacted copy of the brief under seal. Any other disclosure, without specific authorization from this Court, is prohibited and may be punished by contempt of court.

It is so ORDERED.

Judge's signature: ____/s/ Michael Massengale_____
                              ☒ Acting individually    ☐ Acting for the Court

Date:  ___December 6, 2018_____